UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HAROLD WRIGHT, JR.,

                      Petitioner,

        -against-                              23-CV-1570 (LTS)

JAMAL L. JAMISON,                          ORDER

                      Respondent.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner filed this *pro se* petition for a writ of *habeas corpus* without payment of the filing fee or submission of an application for leave to proceed *in forma pauperis* ("IFP"). By order dated March 1, 2023, the Court directed that the action be transferred to the United States District Court for the Middle District of Florida. After the transfer order was entered, Petitioner submitted to the court a check for the $5.00 filing fee. Because the case is closed in this court, the Court directs the Clerk of Court to return the check to Petitioner.[1]

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 13, 2023
             New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                               Chief United States District Judge

---

[1] If Petitioner has any questions relating to payment of any filing fee for this action, he must contact the Middle District of Florida.